UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CALVIN HAROLD SAPP,**

    Plaintiff,

v.                              CASE NO. 3:17-cv-63-J-25JRK

**NANCY A. BERRYHILL,**
Actingh Commissioner of Social Security,

    Defendant.

---

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 20) recommending that the Commissioner's decision be reversed and that this case be remanded for further proceedings. All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections. No objections have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 20) is adopted and incorporated by reference in this Order.

2. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** with the following instructions:

    (A)    Reevaluate Plaintiff's credibility, and if discrediting it, clearly articulate

    the reasons for doing so;

  (B) Reevaluate the limiting effects, if any, of Plaintiff's obesity;

  (C) Reevaluate, if appropriate, Plaintiff's disability finding; and

  (D) Reevaluate whether Plaintiff retains the ability to perform other jobs in the national economy, making specific findings.

  3. The Clerk of the Court is hereby directed to enter a separate judgment pursuant to 42 U.S.C. § 405(g).

  **DONE AND ORDERED** at Jacksonville, Florida this 31st day of January, 2018.

                HENRY LEE ADAMS, JR.
                UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record